UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ADMARD RASHAD ARTHUR,

                Defendant.

Case: 1:21-cr-20449
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-07-2021
INDI USA v. Admard Arthur (tt)

**INDICTMENT**

FILED
JUL 07 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 1512(b)(1)
### Witness Tampering

On or about June 14, 2021, in the Northern Division of the Eastern District of Michigan, **Admard Rashad Arthur**, knowingly intimidated, threatened, and corruptly persuaded, or attempted to do so, with the intent to prevent the testimony of T.M. in an official proceeding, that is a supervised release violation hearing, in violation of 18 U.S.C. § 1512(b)(1).

## COUNT 2
## 18 U.S.C. § 1512(b)(2)
## Witness Tampering

On or about June 14, 2021, in the Northern Division of the Eastern District of Michigan, **Admard Rashad Arthur**, knowingly intimidated, threatened, and corruptly persuaded, or attempted to do so, with the intent to cause or induce T.M. to evade legal process summoning that person to appear as a witness in an official proceeding, that is a supervised release violation hearing, in violation of 18 U.S.C. § 1512(b)(1).

## COUNT 3
## 18 U.S.C. § 1512(b)(3)
## Witness Tampering

On or about June 14, 2021, in the Northern Division of the Eastern District of Michigan, **Admard Rashad Arthur**, knowingly intimidated, threatened, and corruptly persuaded, or attempted to do so, with the intent to prevent the communication or possible communication by T.M. to a judge of the United States relating to a violation of conditions of supervised release, in violation of 18 U.S.C. § 1512(b)(3).

## COUNT 4
## 18 U.S.C. § 1512(b)(1)
## Witness Tampering

On or about June 28, 2021, in the Northern Division of the Eastern District of Michigan, **Admard Rashad Arthur**, knowingly intimidated, threatened, and

corruptly persuaded, or attempted to do so, with the intent to influence the testimony of K.B. in an official proceeding, that is a supervised release hearing, in violation of 18 U.S.C. § 1512(b)(1).

Dated: July 7, 2021

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Roy R. Kranz
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)

| Companion Case information MUST be completed by AUS | Criminal Case Cove | Case: 1:21-cr-20449<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 07-07-2021<br>INDI USA v. Admard Arthur (tt) |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes          x No | AUSA's Initials: RRK |

**Case Title:** USA v. Admard Rashad Arthur

**County where offense occurred:** Saginaw

**Check One:**  **X Felony**       __ Misdemeanor       __ Petty

    __X__Indictment/____Information ---  **no** prior complaint.
    _____Indictment/____Information ---  based upon prior complaint []
    _____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  July 7, 2021

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.